IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary J. Milner, James Oliver, Toni Bjerke, Annette Barrett, individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Farmers Insurance Exchange and Paul Peterson,

Defendants.

Civil Action No. 01-2030 DWF/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER**

It is hereby stipulated and agreed between the attorneys for the above-named parties that the defendants may have until November 26. 2001 to serve and file their answer to the complaint in this action. The Court may enter an order to that effect at the request of any party.

ZIMMERMAN REED, P.L.L.P.

by [signature]
Robert R. Hopper, Esq.
Jennifer K. Sustacek, Esq.
Carolyn G. Anderson, Esq.
Attorneys for Plaintiffs
901 North Third Street, #100
Minneapolis, MN 55401

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 11-13-2001

By [signature]
Lewis A. Remele, Jr. (License #90724)
Frederick E. Finch (License #29191)
Gregory P. Bulinski (License #1283X)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

NOV 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Upon the foregoing stipulation of the parties,

IT IS HEREBY ORDERED

That the defendants may have until November 26, 2001 to serve and file ~~their answer to the~~ complaint in this action.

Dated 11/21/01

Donovan W. Frank
United States District Judge