**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gary J. Milner, James Oliver, Toni Bjerke, Annette Barrett, individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

Civil No. 01-2030 (DWF/AJB)

v.

**ORDER**

Farmers Insurance Exchange and Paul Peterson,

Defendants.

---

Robert R. Hopper, Esq., Jennifer K. Sustacek, Esq., and Carolyn G. Anderson, Esq., Zimmerman Reed, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402-4123, counsel for Plaintiffs.

Lewis A. Remele, Jr., Esq., Gregory P. Bulinski, Esq., and Frederick E. Finch, Esq., Bassford Lockhart Truesdell & Briggs, 3550 Multifoods Tower, 33 South Sixth Street, Minneapolis, MN 55402, counsel for Defendants.

---

This matter is before the Court upon Defendants' objections to Magistrate Judge Arthur J. Boylan's Report and Recommendation[1] dated January 11, 2002, insofar as it recommends that Plaintiffs' motion to remand be granted in part and denied in part; that this case be remanded to the

---

[1] While the Court acknowledges that there is varied practice across the United States with respect to whether a motion to remand is a dispositive or nondispositive motion, it is the position of this Court that a motion to remand in this Circuit is deemed a nondispositive motion. Typically, a motion to remand to state court is a nondispositive matter which is in the referral jurisdiction of the Magistrate Judge. *See Blair v. Source One Mortg. Services Corp*, 925 F. Supp. 617 (D. Minn. 1996); *Delta Dental of Rhode Island v. Blue Cross & Blue Shield of Rhode Island*, 942 F. Supp. 740 (D.R.I. 1996); *Bunbury v. Omnitrition Intern., Inc.*, 818 F. Supp. 276 (D. Minn. 1993). The Court's decision is the same regardless of whether the motion is viewed as dispositive or nondispositive.

FILED MAR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

District Court of Hennepin County, Minnesota; that Plaintiffs' request for costs and expenses be denied; and that Defendants' motion to stay proceedings be denied.

The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). However, subsequent to this Court's receipt of Magistrate Judge Boylan's Report and Recommendation and the response to the Report and Recommendation by respective counsel, the Judicial Panel on Multidistrict Litigation, in an order dated March 12, 2002, transferred the action to the District of Oregon for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. The Court was informed of this decision in confidential correspondence from the Judicial Panel on Multidistrict Litigation in a letter dated February 12, 2002.

Accordingly, **IT IS HEREBY ORDERED** THAT:

1. Plaintiffs' motion to remand (Doc. No. 6) is **DENIED AS MOOT**.
2. Plaintiffs' request for costs and expenses is **DENIED**.
3. Defendants' motion to stay proceedings (Doc. No. 9) is **DENIED AS MOOT**.

Dated: March 15, 2002

DONOVAN W. FRANK
Judge of United States District Court